688 A.2d 165

**Rita SALAZAR and Celitia Salazar, Petitioners,**

v.

**ALLSTATE INSURANCE COMPANY, Respondent.**

Supreme Court of Pennsylvania.

Dec. 24, 1996.

Arnold Machles, Bala Cynwyd, for Petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 24th day of December, 1996, the Petition for Allowance of Appeal is granted limited to the issue:

Whether Superior Court erred by affirming common pleas court's grant of Allstate's motion for summary judgment where Allstate's renewal forms did not contain the notice required by 75 Pa.C.S. § 1791.1.